JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Lowe,<br><br>            Plaintiff,<br><br>      v.<br><br>Lifestyle Publications, LLC,<br><br>            Defendant(s). | SACV 19-00198JVS(ADSx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: 8/12/20

_____
James V. Selna
United States District Judge